FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR.,<br>Warden, California State Prison<br>at San Quentin,<br><br>Respondent. | CASE NO. CV 08-1405 ODW<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

IT IS HEREBY ORDERED that judgment be entered for respondent nunc pro tunc to March 17, 2008.

Dated: April 2, 2008

_____
OTIS D. WRIGHT II
United States District Judge